**FILED & ENTERED**

**NOV 22 2019**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>GAIL WEEKS,<br><br><br>                              Debtor. | Case No. 2:19-bk-21889-RK<br><br>Chapter 7<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND VACATING HEARING ON NOVEMBER 26, 2019**<br><br>Date:        November 26, 2019<br>Time:        1:30 PM<br>Courtroom:  1675 |

    Having reviewed the declaration of Debtor Gail Weeks in response to the court's order to show cause for failure to comply with the order of December 19, 2010 dismissing a prior bankruptcy case (No. 2:08-bk-13924-AA Chapter 7) which required her to file a motion for permission to file a new bankruptcy case, the court discharges its order to show cause why this case should not be dismissed and vacates the hearing on the order to show cause on November 26, 2019 at 1:30 p.m.  Debtor's declaration satisfactorily explains the circumstances regarding serious chronic illness surrounding her failure to file a motion for permission to file a new bankruptcy case as previously ordered by the court and demonstrates that this failure should not bar her from

proceeding with this new bankruptcy case.  The court will deem the requirement to file a motion for permission to file a new bankruptcy case as satisfied by the filing of her declaration in response to the order to show cause in this case, and the court further finds that given the passage of almost nine years since the dismissal of her prior bankruptcy case, No. 2:08-bk-13924-AA Chapter 7, and there was another intervening Chapter 7 bankruptcy case in No. 2:11-bk-36447-EC Chapter 7 in which Debtor received a discharge despite the prior order requiring a motion to request permission to file a new bankruptcy case, there is little, if any, likelihood of any prejudice to her creditors in that case.  11 U.S.C. § 105(a).

The order to show cause is discharged, the hearing on the order to show cause on November 26, 2019 is vacated, no appearances are required on November 26, 2019, and this bankruptcy case may otherwise proceed.

IT IS SO ORDERED.

###

Date: November 22, 2019

Robert Kwan
United States Bankruptcy Judge